**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Anthony M. Fazzio
Attorney at Law
4906 Amb. Caffery, #1000
Lafayette LA 70508

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 22, 2023

**REHEARING ACTION: March 22, 2023**

**Docket Number: 22   00431-CA**

**FRED JONES**
**VERSUS**
**JUDY S. BOUDREAUX,ET AL.**

**Appealed from Lafayette Parish Case No. 2015-5045**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Van H. Kyzar**
> **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Fred Jones** has this day been

> **DENIED.**

cc: Joy Cantrelle Rabalais, Counsel for the Appellee
    H. Edward Barousse, III, Counsel for the Appellee
    Kate B. Labue, Counsel for the Appellee
    Allison M. Ackal, Counsel for the Appellee
    John Fayne Wilkes, III, Counsel for the Appellee
    Hoai T. Hoang, Counsel for the Appellee